# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JASPER CROOK, RACHEL CROOK,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM DESTINATIONS, INC.;<br>MICHAEL D. BROWN, CEO; NINA<br>MIDDLETON, ECS,<br><br>Defendants. | Case No. 5:18-cv-02679-AB-SHK<br><br>[Assigned to the Hon. André Birotte Jr.]<br><br>[~~PROPOSED~~] JUDGMENT |

Pursuant to the Court's October 21, 2019 and November 18, 2019 Orders, Plaintiffs' First Amended Complaint is dismissed with prejudice. Plaintiffs shall take nothing by way of this action. Judgment is entered in favor of the Defendants.

Defendants shall recover their reasonable costs incurred in connection with this litigation.

Dated: November 19, 2019

_____
Hon. André Birotte Jr.