JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JASPER CROOK, RACHEL CROOK,<br><br>Plaintiffs,<br><br>v.<br><br>WYNDHAM DESTINATIONS, INC.; MICHAEL D. BROWN, CEO; NINA MIDDLETON, ECS,<br><br>Defendants. | Case No. 5:18-cv-02679-AB-SHK<br><br>[Assigned to the Hon. André Birotte Jr.]<br><br>**AMENDED JUDGMENT** |

Pursuant to the Court's October 21, 2019 and November 18, 2019 Orders (Dkt. Nos. 71, 81), and the Ninth Circuit's Memorandum and Mandate (Dkt. Nos. 87, 88), Plaintiffs' First Amended Complaint is **dismissed without prejudice**. Plaintiffs shall take nothing by way of this action. Judgment is entered in favor of the Defendants.

Defendants shall recover their reasonable costs incurred in connection with this litigation.

Dated: January 5, 2021

Hon. André Birotte Jr.

Case No. 5:18-cv-02679-AB-SHK

JUDGMENT